CYNTHIA S. SANDOVAL, BAR No. 191390
ARES LAW GROUP, P.C.
23 Corporate Plaza, Suite 150
Newport Beach, CA 92660
(949) 629-2519 Tel.
Email: cynthia@areslawgroup.com

Attorneys for Plaintiff
KAREN VINCENT

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN VINCENT, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>PARADIGM DKD GROUP, LLC, A NEVADA LIMITED LIABILITY CORPORATION, AND DOES 1 THROUGH 20,<br><br>Defendants. | CASE NO. C18-1972 MMC<br><br>**[PROPOSED] ORDER DISMISSING ALL PARTIES AND ALL CAUSES OF ACTION WITH PREJUDICE**<br><br>Complaint Filed: February 26, 2018<br>Trial Date: July 22, 2019 |

## [PROPOSED] ORDER

By request and stipulation of the Parties, all parties and all causes of action, including specifically Defendant Paradigm DKD Group, LLC, are hereby dismissed from this case with prejudice.

Dated: May 2, 2019

_____
HONORABLE MAXINE M. CHESNEY
United States District Court Judge